IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NANCY LEWIS,

    Plaintiff,

v.                                                     No. CIV 09-0983 JB/LFG

RANDY SCOTT, CAROLYN INGRAM,
LOUISE B. SCHAFFER, ANTOINETTE
CORDOVA, SUSAN SUAZO-MARTINEZ,
COLLEEN MARTINEZ, AND KIMBERLY
MARTINEZ,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on *pro se* Plaintiff Nancy Lewis' Motion to Proceed *in forma pauperis* ("IFP"), filed October 13, 2009 (Doc. 2). In an Order Denying Motion to Proceed IFP, filed on October 30, 2009 (Doc. 3), the Court denied Lewis' motion, dismissing the case without prejudice under 28 U.S.C. § 1915. The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered and that Lewis' claims against the Defendants are dismissed without prejudice.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Nancy Lewis
Espanola, NM

    *Pro Se Plaintiff*